IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BRANCH BANKING AND TRUST )
COMPANY, )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV417-179
 )
POLYCASE AMMUNITION, LLC, )
FULSPEC INTERNATIONAL )
SECURITY SOLUTIONS, LLC, PAUL )
C. LEMKE, and JOSHUA N. )
KELLER, )
 )
    Defendants. )
 )

## O R D E R

Before the Court is Plaintiff's Voluntary Dismissal With Prejudice of Defendant Joshua N. Keller. (Doc. 21.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because Defendant Keller has filed neither an answer nor motion for summary judgment in this case, Plaintiff's request is **GRANTED** and its claims against Defendant Keller are **DISMISSED WITH PREJUDICE** with each party to bear its own fees and costs.

SO ORDERED this 11th day of January 2018.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA