IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 MAY 29 AM 11: 33
CLERK
SO. DIST. OF GA.

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) CASE NO. CV417-179 |
| POLYCASE AMMUNITION, LLC; FULSPEC INTERNATIONAL SECURITY SOLUTIONS, LLC; and PAUL C. LEMKE; | ) ) ) ) ) |
| Defendants. | ) ) |

## CONSENT JUDGMENT AND DECREE

Plaintiff Branch Banking and Trust Company and Defendants Polycase Ammunition, LLC and Fulspec International Security Solutions, LLC[1] having agreed to a resolution of this matter, it is the Judgment and Decree of the Court that Plaintiff shall have Judgment against Defendants, jointly and severally, for the amounts due and owing to Plaintiff as follows:

1. On Note-1:

   a. Unpaid principal in the amount of $43,720.56;

   b. Accrued interest in the amount of $1,920.06 as of March 9, 2018;

   c. Bank fees in the amount of $3,299.68;

---

[1] Defendant Paul C. Lemke filed a Notice of Filing Bankruptcy with this Court on March 12, 2018, effectively staying this action against him during the pendency of his Bankruptcy case.

      d.     Contractual per diem interest in the amount of $7.29 per day for each and every day after March 9, 2018 through the date of this Judgment; and

      e.     Post-judgment interest at the contractual rate of $7.29 per day;

2.   On Note-4 :

      a.     Unpaid principal in the amount of $229,664.41;

      b.     Accrued interest in the amount of $10,086.10 as of March 9, 2018;

      c.     Bank fees in the amount of $1,684.96;

      d.     Per diem interest in the amount of $38.28 per day for each and every day after March 9, 2018 through the date of this Judgment;

      e.     Post-judgment interest at the contractual rate of $38.28 per day;

3.   On Note-5:

      a.     Unpaid principal in the amount of $36,423.52;

      b.     Accrued interest in the amount of $1,622.52 as of March 9, 2018;

      c.     Bank fees in the amount of $524.08;

d. Per diem interest in the amount of $6.07 per day for each and every day after March 9, 2018 through the date of this Judgment;

e. Post-judgment interest at the contractual rate of $6.07 per day;

4. On Note-6:

a. Unpaid principal in the amount of $299,280.30;

b. Accrued interest in the amount of $18,149.10 as of March 9, 2018;

c. Bank fees in the amount of $855.08

d. Per diem interest in the amount of $49.88 per day for each and every day after March 9, 2018 through the date of this Judgment;

e. Post-judgment interest at the contractual rate of $49.88 per day;

5. On the Credit Card Debt:

a. Unpaid principal, interest, and fees in the amount of $79,083.50;

b. Per diem interest in the amount of $51.52419 per day for each and every day after September 22, 2017 through the date of this Judgment;

c.    Post-judgment interest at the rate of $51.52419

      per day; and

6.   Attorney's fees in the amount of $72,077.66.

The Clerk of the Court is **DIRECTED** to issue a Writ of Execution for the amounts indicated above.

To the extent that any collateral that secures any one or more of the Notes is sold after the date of this Judgment and the proceeds thereof paid to Plaintiff, the proceeds of such sale shall be applied to reduce the amounts due and owing to Plaintiff pursuant to this Judgment as of the date of Plaintiff's receipt of the proceeds of the sale.

SO ORDERED this _29th_ day of May 2018.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA