FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 MAY 29 AM 11:33
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BRANCH BANKING AND TRUST )
COMPANY, )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV417-179
 )
POLYCASE AMMUNITION, LLC; )
FULSPEC INTERNATIONAL SECURITY )
SOLUTIONS, LLC; and PAUL C. )
LEMKE; )
 )
    Defendants. )
 )

## ORDER

Before the Court is Defendant Paul C. Lemke's Notice of Stay, filed on March 9, 2018, stating that Defendant Lemke has filed for bankruptcy in the Southern District of Georgia. (Doc. 37.) Pursuant to 11 U.S.C. § 362, proceedings before this Court against Defendant Lemke must be stayed until the Bankruptcy Court grants relief from the stay, closes the bankruptcy case, or dismisses the bankruptcy petition. Accordingly, the Clerk of Court is **DIRECTED** to **STAY** this case against Defendant Lemke. Additionally, Plaintiff's claims against all other Defendants have been resolved in this case. (Doc. 29 (dismissing claims against Defendant Keller); Doc. 40 (entering consent judgment against Defendants Polycase Ammunition, LLC and Fulspec International Security Solutions, LLC).) Because there are no active claims against any party in this case, the Clerk of Court

is **DIRECTED** to **ADMINISTRATIVELY CLOSE THIS CASE.** Should it become necessary, any party may move to lift the stay and reopen this case.

SO ORDERED this 29th day of May 2018.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA